# MOTION TO RECONSIDER
# DENIAL OF MOTION TO DENY TRANSFER
# FROM COUNTY COURT TO FEDERAL COURT
# DUE TO FILURE TO COMPLY WITH RULE 3.01G

My Certificate of Service and Rule 3.01g contact information with defendant's attorney, Cheryl Lister, was sent along with my original motion document.

I am advised that my certificate is in the electronic file.

-------------------------------------------------------------------------------------------------

# CERTIFICATE OF SERVICE

I hereby certify that on The 16th day of September, 2014, contact was made with Defendant Attorney, Cheryl Lister.

She is opposed to remanding case back to County Court.

A true and correct copy of the foregoing MOTION FOR REMAND TO COUNTY COURT has been sent byelectronic Mail to Cheryl Lister, Attorney for defendant, at clister@glenrasmussen.com.

   __/sWilliam H. Boyd